RECEIVED
IN MONROE, LA.
APR 2 0 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| J.D. THOMPSON, III<br>LA. DOC #106841 | CIVIL ACTION NO. 12-0302 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN JONES, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint and Amended Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**MONROE, LOUISIANA,** this 19 day of April, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE